IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-560-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $198,900.00 IN U. S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER

By signing below, the undersigned parties have informed the Court the following:

1. They have settled the litigation in this matter.

2. No other person has filed a claim to the defendant property within the time prescribed by law, and all parties who claim an interest in the defendant property have consented to the entry of this Order.

It is, therefore,

ORDERED that Claimant shall forfeit to the United States of America $99,450.00 of the subject currency seized, to be disposed of by the United States Department of Treasury according to law;

ORDERED that the United States shall return to the Claimant $99,450.00 of the subject currency seized, less any debt owed to the United States, any agency of

1

the United States, or any other debt in which the United States is authorized to collect. Payment to be made payable to Claimant via electronic funds transfer according to the information provided by Claimant on the executed SF 3881 ACH Vendor Request Form;

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation; and

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 7th day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

Consented to by:

_____
MATTHEW L. FESAK
Attorney for United States of America

_____
JAMES R. HAWES
Attorney for Claimant Domenico Guardascione